# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

MILLER MENDEL, INC., a Washington Corporation; TYLER MILLER, an Oregon state resident, )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-18-990-M
)
THE CITY OF OKLAHOMA CITY, a municipal corporation, )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, The City of Oklahoma City.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Evan W. Talley          10/30/2018
Signature                  Date

Evan W. Talley
Print Name

Dunlap Codding, PC
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

609 W. Sheridan Avenue
Address

Oklahoma City          OK          73102
City                   State       Zip Code

405-607-8600
Telephone

etalley@dunlapcodding.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on October 30, 2018, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Evan W. Talley
_____
s/ Attorney Name