IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MILLER MENDEL, INC., a Washington Corporation; TYLER MILLER, an Oregon State resident, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. CIV-18-990-C |
| THE CITY OF OKLAHOMA CITY, a municipal corporation, | ) ) ) | |
| Defendant. | ) | |

### O R D E R

The Court's Order granting leave to file an Amended Complaint (Dkt. No. 60) is STRICKEN as improvidently granted. The Amended Complaint (Dkt. No. 67) is STRICKEN. The Court will consider the Motion to Amend on its merits.

IT IS SO ORDERED this 10th day of December, 2019.

*[signature]*

ROBIN J. CAUTHRON
United States District Judge