**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
    E-Mail: John.Poulos@lewisbrisbois.com
CAITLIN E. HIGGINS, SB# 298792
    E-Mail: Caitlin.Higgins@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone:  916.564.5400
Facsimile:   916.564.5444

LAWRENCE R. LAPORTE, SB# 130003
    E-Mail: Lawrence.LaPorte@lewisbrisbois.com
CHARLES KERTELL, SB# 181214
    E-Mail: Charles.Kertell@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**RYLANDER & ASSOCIATES PC**
KURT M. RYLANDER, admitted pro hac vice
    E-Mail: rylander@rylanderlaw.com
P.O. Box 250
Vancouver, WA 98666
Telephone: 360.750-9931

Attorneys for Defendants
MILLER MENDEL, INC. and
TYLER MILLER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MILLER MENDEL, INC., et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GUARDIAN ALLIANCE<br>TECHNOLOGIES, INC.,<br><br>              Defendant. | Case No. 2:25-cv-03618-WBS-AC<br><br>**JOINT STIPULATED<br>ORDER TO STAY PROCEEDINGS**<br><br>Hon. William B. Shubb |

175849441.1

WHEREAS, on January 8, 2026, the Court issued an Order Re: Status (Pretrial Scheduling) Conference setting the hearing on May 4, 2026 at 1:30 p.m. *See* Dt. 179;

WHEREAS, on April 20, 2026, the parties submitted a Joint Status Report requesting that the Court vacate the May 4, 2026 hearing and issue a stay based on the parties' request. *See* Dkt. 181, Section F;

WHEREAS, in August 2022, Guardian Alliance Technologies, Inc. filed Eastern District of California Case No. 2:22-cv-1390-WBS AC, styled *Guardian Alliance Technologies, Inc. v. Miller Mender Inc. and Tyler Miller* (the "2022 Action");

WHEREAS, the present action has been deemed related to the 2022 Action. *See* Dkt. 90 in the 2022 Action;

WHEREAS, discovery in the 2022 Action has been bifurcated into two phases. Phase I is limited to certain patent-related claims and defenses (including allegations of inequitable conduct). Fact discovery (for Phase I) is set to close on January 13, 2027, with a jury trial set for July 13, 2027. Phase II (directed to all remaining claims) is currently stayed pending further order of this Court. *See* Dkt. 94 in the 2022 Action; and

WHEREAS, fact discovery (for Phase I) in the 2022 Action (which includes inequitable conduct) may simplify or resolve one or more of the claims in the present action.

IT IS THERFORE STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, and subject to the Court's approval, as follows:

1. The May 4, 2026 Status (Pretrial Scheduling) Conference is hereby vacated;

2. The present action is stayed at least until Phase I fact discovery closes in the 2022 Action (currently January 13, 2027), the allegations of inequitable conduct in the 2022 Action are resolved, or the Court lifts the stay on one or more of the remaining (Phase II) claims in the 2022 Action.

Dated:  April 29, 2026                          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  /s/ Lawrence R. LaPorte
        LAWRENCE R. LAPORTE

Attorneys for Plaintiffs
MILLER MENDEL, INC.
and TYLER MILLER


Dated:  April 29, 2026_                          RYLANDER & ASSOCIATES PC
                                                A Professional Corporation


By:  /s/ Kurt M. Rylander
        KURT M. RYLANDER

Attorneys for Plaintiffs
MILLER MENDEL, INC.
and TYLER MILLER


Dated:  April 29, 2026 _                          RYAN WHALEY PLLC


By:  /s/ Evan W. Talley
        EVAN W. TALLEY

Attorneys for Defendant
GUARDIAN ALLIANCE
TECHNOLOGIES, INC.


IT IS SO ORDERED:

1.  The May 4, 2026 Status (Pretrial Scheduling) Conference is hereby vacated;

2.  The present action is stayed at least until Phase I fact discovery closes in the 2022 Action (currently January 13, 2027), the allegations of inequitable conduct in the 2022 Action are resolved, or the Court lifts the stay on one or more of the remaining (Phase

175849441.1                                          3
JOINT STIPULATED ORDER TO STAY PROCEEDINGS

II) claims in the 2022 Action.

3.  The parties shall file an updated joint status report in this action no later than **January 25, 2027.**

Dated:  April 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

175849441.1

4

JOINT STIPULATED ORDER TO STAY PROCEEDINGS